# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DOUGLAS BALDWIN,

    *Plaintiff,*

v.

UNITED STATES DEPARTMENT OF
JUSTICE,

    *Defendant.*

Case No. 1:20-cv-698-RCL

## MEMORANDUM

The Court agrees with the defendant that the question before the Court at this time is whether the defendant should be permitted to complete its processing of records related to the plaintiff's Freedom of Information Act request before the Court reaches the plaintiff's motion for partial summary judgment. Despite the defendant's failure to timely comply with the Court's order for a *Vaughn* index, to be followed by a dispositive motion as set forth in the Court's original scheduling order, the Court has not authorized the filing of a summary judgment motion by Plaintiff without a *Vaughn* index. There may be a legal basis for doing so; the parties may meet and confer and present that issue in their next status report with a proposed schedule for resolution of the issue.

Date: _____7/22/20_____

_____
Royce C. Lamberth
United States District Judge